```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-23-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN WIEGAND,

                Plaintiff,

      - against -

THE CITY OF NEW YORK,

                Defendant.

**CORRECTED ORDER**

09 Civ. 6081 (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, after a holding a conference on this matter on September 17, 2009,

**IT IS HEREBY ORDERED THAT**:

(1) All fact discovery shall be commenced in time to be completed by **January 18, 2010**;

(2) The Parties shall appear before this Court for a status conference on **December 10, 2009, at 10:00 a.m.**

SO ORDERED this 23rd day of September 2009
New York, New York

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge